UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA ERWIN,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 2:23-cv-00697-ART-NJK<br><br>ORDER |

Pamela Erwin, an individual incarcerated at Nevada's Florence McClure Women's Correctional Center, initiated this action, *pro se*, on May 4, 2023. In an order entered on May 8, 2023 (ECF No. 3), the Court gave Erwin 90 days—until August 7, 2023 (August 6 was a Sunday)—to file an application to proceed *in forma pauperis*. Erwin did not file an application to proceed *in forma pauperis* by that due date.

The Court will, *sua sponte*, extend the time for Erwin to file an application to proceed *in forma pauperis* by another 60 days. In lieu of filing an application to proceed *in forma pauperis*, Erwin may pay the $5 filing fee for this action.

Erwin is warned that if she neither pays the $5 filing fee nor files an application to proceed *in forma pauperis* within 60 days from the entry of this order, the Court may dismiss this action.

///
///
///
///
///
///

1

It is therefore ordered that Petitioner will have 60 days from the date of entry of this order to pay the $5 filing fee for this action or file an application to proceed *in forma pauperis.*

It is further ordered that the Clerk of the Court is directed to send Petitioner two copies of the form for a state prisoner to apply to proceed *in forma pauperis* along with any available instructions.

DATED THIS 14th day of August, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2