UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA ERWIN, | Case No. 2:23-cv-00697-ART-NJK |
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Respondents. | |

Petitioner Pamela Erwin, represented by appointed counsel, had until January 30, 2024, to pay the $5 filing fee for this habeas corpus action or file a new application to proceed *in forma pauperis.* (*See* ECF No. 12 (Scheduling Order).)

On January 30, 2024, Erwin filed a motion for extension of time (ECF No. 14), requesting that the time for her to pay the filing fee for file a new *in forma pauperis* application be extended by 30 days, to February 29, 2024. The Court finds that Erwin's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///
///
///
///
///
///
///
///

1

1      It is therefore ordered that Petitioner's Motion for Enlargement of Time (ECF No. 14) is granted. Petitioner will have until and including February 29, 2024, to pay the filing fee for this action or file a new application to proceed *in forma pauperis*. In all other respects the schedule for further proceedings set forth in the order entered on December 1, 2023 (ECF No. 12) will remain in effect.

Dated this 31st day of January 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE