UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PAMELA ERWIN,

             Petitioner,

  v.

WILLIAM REUBART, *et al.*,

             Respondents.

Case No. 2:23-cv-00697-ART-NJK

ORDER

      In this habeas corpus action the petitioner, Pamela Erwin, represented by appointed counsel, was due to file an amended petition for writ of habeas corpus by February 29, 2024. (*See* ECF No. 12 (scheduling order, granting 90 days for amended petition).)

      On February 27, 2024, Erwin filed a motion for extension of time (ECF No. 17) requesting a 60-day extension, to April 29, 2024. This would be the first extension of this deadline. Erwin's counsel states that the extension is necessary because of her obligations in other cases. Erwin's counsel represents that Respondents do not oppose the extension of time. The Court finds that Erwin's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension she requests.

      It is therefore ordered that Petitioner's motion for extension of time (ECF No. 17) is granted. Petitioner will have until and including April 29, 2024, to file her amended petition for writ of habeas corpus. In all other respects, the schedule

///
///
///
///
///

1

for further proceedings set forth in the scheduling order entered December 1, 2023 (ECF No. 12) will remain in effect.

Dated this 5th day of March, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE