UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA ERWIN,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>WILLIAM REUBART, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 2:23-cv-00697-ART-NJK<br><br>ORDER |

　　　In this habeas corpus action the petitioner, Pamela Erwin, represented by appointed counsel, was due to file a second amended petition for writ of habeas corpus by August 19, 2024. (*See* ECF No. 23.) On August 16, 2024, Erwin filed a motion for extension of time (ECF No. 25) requesting a 45-day extension, to October 3, 2024. This would be the first extension of this deadline. Erwin's counsel states that the extension is necessary because of the time it is taking to investigate this case and their obligations in other cases. Erwin's counsel represents that Respondents do not oppose the extension of time. The Court finds that Erwin's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension.

　　　　It is therefore ordered that Petitioner's motion for extension of time (ECF No. 25) is granted. Petitioner will have until and including October 3, 2024, to file a second amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered December 1, 2023 (ECF No. 12) will remain in effect.

　　　DATED THIS 30th day of August, 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE