UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA ERWIN,<br><br>                     Petitioner,<br><br>   v.<br><br>WILLIAM REUBART, *et al.*,<br><br>                    Respondents. | Case No. 2:23-cv-00697-ART-NJK<br><br>ORDER |

      In this habeas corpus action the petitioner, Pamela Erwin, represented by appointed counsel, filed a second amended petition for writ of habeas corpus on October 3, 2024. (ECF No. 27.) The respondents were due to file a response to the second amended petition by December 2, 2024. (*See* ECF No. 12 (60 days for response).) On December 2, Respondents filed a motion for extension of time (ECF No. 29), requesting a 60-day extension, to January 31, 2025. This would be the first extension of this deadline. Respondents' counsel states that the extension is necessary because of their obligations in other cases. Respondents' counsel represents that Erwin does not oppose the extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension.

//
//
//
//
//
//

1

1  It is therefore ordered that Respondents' motion for extension of time (ECF No. 29) is granted. Respondents will have until and including January 31, 2025, to file a response to the second amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered December 1, 2023 (ECF No. 12) will remain in effect.

  DATED THIS 6th day of December, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE