UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA ERWIN, | Case No. 2:23-cv-00697-ART-NJK |
| Petitioner, | ORDER |
| v. | |
| WILLIAM REUBART, *et al.*, | |
| Respondents. | |

In this habeas corpus action the petitioner, Pamela Erwin, represented by appointed counsel, filed a second amended petition for writ of habeas corpus on October 3, 2024. (ECF No. 27.) After a 60-day initial period, a 60-day extension, and a 45-day extension, the respondents were due to file a response to the second amended petition by March 17, 2025. (ECF Nos. 12, 30, 32.) On March 17, Respondents filed a motion for extension of time (ECF No. 33), requesting a further 30-day extension, to April 16, 2025. Respondents' counsel states that the extension is necessary because of their obligations in other cases. Respondents' counsel represents that Erwin does not oppose the extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension. The Court will grant the motion for extension of time as requested.

The Court will not look favorably upon any motion to further extend this deadline.

///

///

///

///

1

It is therefore ordered that Respondents' motion for extension of time (ECF No. 33) is granted. Respondents will have until and including April 16, 2025, to file an answer or other response to the second amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered December 1, 2023 (ECF No. 12) will remain in effect.

DATED THIS 2nd day of April, 2025.

---
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE