UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA ERWIN, | Case No. 2:23-cv-00697-ART-NJK |
| Petitioner, | ORDER |
| v. | |
| WILLIAM REUBART, | |
| Respondent. | |

This counseled habeas matter is before this Court on Respondent's unopposed motion for a 60-day extension of time to file his answer to the Second Amended Petition. (ECF No. 47.) This is Respondent's first request for an extension of this deadline. This Court finds good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for an extension of time (ECF No. 47) is granted. Respondent has up to and including July 31, 2026, to file his answer.

DATED this 4th day of June 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1