UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA ERWIN,<br>Petitioner,<br>v.<br>WILLIAM REUBART,<br>Respondent. | Case No. 2:23-cv-00697-ART-NJK<br>ORDER |

This counseled habeas matter is before this Court on Respondent's motion for a 30-day extension of time to file his answer to the Second Amended Petition. (ECF No. 51.) This is Respondent's third request for an extension of this deadline. This Court finds good cause exists to grant the motion.

It is therefore ordered that the motion for an extension of time (ECF No. 51) is granted. Respondent has up to and including November 18, 2026, to file his answer.

DATED this 19th day of October 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE