UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PAMELA ERWIN,

Petitioner,

v.

WILLIAM REUBART,

Respondent.

Case No. 2:23-cv-00697-ART-NJK

ORDER

This counseled habeas matter is before this Court on Respondent's unopposed motion for a 40-day extension of time to file his answer to the Second Amended Petition. (ECF No. 53.) This is Respondent's fourth request for an extension of this deadline. This Court finds good cause exists to grant the motion.

It is therefore ordered that the motion for an extension of time (ECF No. 53) is granted. Respondent has up to and including January 4, 2027, to file his answer.

DATED this 24th day of November 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE